UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

     Plaintiff,

v.                                             Case No. 8:18–cv–2055–CPT

CIGAR CITY MOTORS, INC.,
et al.,

     Defendants.
_____/


## JUDGMENT OF INJUNCTIVE RELIEF

Before the Court is Plaintiff Equal Employment Opportunity Commission's (EEOC) *Post-Trial Motion for Injunctive Relief*, Defendants Cigar City Motors, Inc., Tallahassee CCM, LLC, Gulf Coast CCM, Inc., and Panama City Beach Cycles, LLC's (collectively, Cigar City) response in opposition, the EEOC's reply, as well as the EEOC's proposed order for injunctive relief and Cigar City's response to same. (Docs. 156, 171, 182, 202, 203).  With the benefit of a hearing on the EEOC's motion and for the reasons stated in the Court's April 5, 2023, Order, it is hereby ORDERED as follows:

1.     <u>General Injunction</u>:   In making decisions to hire or promote any individual to the position of General Manager at any of its dealerships, Cigar City and its managers, supervisors, agents, officers, successors, and assigns shall not discriminate against any individual on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e.

2.     <u>Notification of Successors</u>:   This Judgment of Injunctive Relief is binding upon Cigar City's purchasers, successors, and assigns.   Before executing any agreement to sell, assign, consolidate, or merge, Cigar City must provide the entity entering into such agreement a copy of this Judgment of Injunctive Relief.

3.     <u>Implementation and Distribution of Sex Discrimination Policies</u>:   Within sixty (60) calendar days of this Judgment of Injunctive Relief, Cigar City shall adopt and/or update its written policies relating to discrimination based on sex, including in connection with its hiring and promotion decisions.   Within seventy (70) calendar days of this Judgment of Injunctive Relief, Cigar City shall distribute these written policies to all present employees, both management and non-management, at all of its locations and must also distribute these policies to all new employees within the first month of employment.

4.     <u>Training</u>:   Cigar City shall provide in-person, annual training on sex discrimination to all of its supervisory and non-supervisory employees at all of its locations, including Gary Bang.   The first training session shall take place within ninety (90) calendar days of this Judgment of Injunctive Relief.   The training shall last

2

for a minimum of one hour, shall specifically address sex discrimination in the context of hiring and promotion decisions, and shall be conducted by the law firm of Fisher & Phillips.

5.      <u>Posting of Notice</u>:  Within fourteen (14) calendar days of this Judgment of Injunctive Relief, Cigar City shall post a Notice to All Employees (attached hereto as Appendix A) at each of its locations.  A copy of the Notice, eleven (11) inches by fourteen (14) inches in size, shall be posted in English and in Spanish in areas accessible to Cigar City's employees.  Cigar City shall take all reasonable steps to ensure that the Notice is not altered, defaced, or covered by any other material for the duration of this Judgment.

6.      <u>Reporting</u>:   Cigar City shall submit an annual report to the EEOC relating to its compliance with this Judgment of Injunctive Relief.  The first report shall be due on April 5, 2024.  Each report shall include: (a) a certification that Cigar City's policies prohibiting sex discrimination remain in effect; (b) a certification that any training required by this Judgment took place as required; (c) a certification that any notice required to be posted or provided by this Judgment remains posted and was provided; (d) a description of each complaint of sex discrimination–whether verbal or written, formal or informal–made to Cigar City relating to the selection of General Managers at any of its dealerships within the period covered by the report, including the names, last known home addresses, home telephone numbers, and cellular telephone numbers of the complaining parties; (e) a description of what action, if any,

Cigar City took in response to the complaint(s); (f) the name of any person hired or promoted to the position of General Manager at any of Cigar City's dealerships during the period covered by the report; and (g) in the event that there were no complaints of discrimination relative to the hirings or promotions to the General Manager position, a "negative" report shall be filed, indicating no activity of that kind.

7.      <u>Compliance</u>:  The EEOC may review compliance with this Judgment of Injunctive Relief through the annual reports it receives from Cigar City.

8.      <u>Duration of Injunctive Relief</u>:   The duration of this Judgment of Injunctive Relief shall be three (3) years from the date of its entry.

9.      <u>Enforcement</u>:  The EEOC shall have the right to seek Court intervention to enforce this Judgment of Injunctive Relief.  Any request for Court intervention shall be filed within twenty-one (21) calendar days of the EEOC's knowledge of Cigar City's breach of the Judgment of Injunctive Relief.  To ensure that this provision covers the entirety of the three-year compliance period, a request for Court intervention may be filed outside the compliance period provided it is otherwise timely.

10.      <u>Costs</u>:  In the event the EEOC proves that Cigar City failed to comply with any provision of this Judgment of Injunctive Relief, Cigar City shall pay the EEOC for all reasonable costs incurred in proving such violation(s).  The Court may also award such other relief as it deems appropriate in light of the circumstances presented.

SO ORDERED in Tampa, Florida, this 5th day of April 2023.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

# APPENDIX A

## NOTICE OF COURT ORDER TO CIGAR CITY EMPLOYEES

This Notice is being posted pursuant to an Order entered by the U.S. District Court, Middle District of Florida, in *EEOC v. Cigar City Motors, Inc.; Tallahassee CCM, LLC; Gulf Coast CCM, Inc.; and Panama City Beach Cycles, LLC* (collectively, Cigar City) (Case No. 8:18-cv-2055-CPT).

A federal jury in the above action found that Cigar City violated federal antidiscrimination law(s) by failing to promote a qualified female to the position of General Manager at a Harley-Davidson dealership in Tampa, Florida in 2015 because of her sex.  The jury awarded monetary damages.

Federal law protects applicants and employees from employment discrimination based on their sex, national origin, religion, race, color, disability, or age.  Federal law also prohibits employers from retaliating against individuals who complain about or oppose discrimination or who participate in any way in the processing of a complaint.

Cigar City must comply with such federal laws in all respects, and it must not take any action against any individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or file charges with the EEOC.

The EEOC maintains offices throughout the United States, and has a website, www.eeoc.gov, that provides information about federal laws prohibiting employment discrimination and retaliation.  The EEOC enforces the federal laws against discrimination in employment on the basis of sex, national origin, religion, race, color, disability, and age.  If you believe you have been subjected to discrimination, you may contact the EEOC at (305) 808-1740.  The EEOC charges no fees and has employees who speak languages other than English.  You should feel free to contact the EEOC if you have a complaint of discrimination, harassment, or retaliation.

Dated:  April 5, 2023

THIS IS AN OFFICIAL NOTICE AND MUST REMAIN POSTED UNTIL APRIL 5, 2026.

6